IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DEAN HERSEY and ESTATE OF CAROL LEROUX, <br><br> Plaintiffs, <br><br> vs. <br><br> HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | CV 16-56-BU-JCL <br><br> ORDER |

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties,

IT IS ORDERED that this action is DISMISSED with prejudice as fully settled upon its merits, each party to pay its own costs and attorneys' fees.

DATED this 7th day of July, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1